HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRACY JONASSEN, <br><br>          Plaintiff, <br><br>     v. <br><br> PORT OF SEATTLE, <br><br>          Defendant. | CASE NO. C11-34 RAJ <br><br> ORDER |

This matter comes before the court *sua sponte*. The Ninth Circuit affirmed this court's dismissal of plaintiff's claim for violation of the False Claims Act, but reversed with respect to his breach of contract claim. Dkt. ## 78-79. The court ORDERS the parties to SHOW CAUSE why the court should not decline supplemental jurisdiction of plaintiff's only remaining State law claim for breach of contract. 42 U.S.C. § 1367(c)(1) & (3). The parties shall meet and confer and file joint briefing pursuant to Local Civil Rule 37. The joint filing shall be due no later than February 21, 2014.

Dated this 21st day of January, 2014.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER- 1